IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JODY GIBSON,<br><br>    Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br><br><br>    Defendant. | NO. 4:2010-cv-00314<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

   Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Jody Gibson requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.

  /s/ L. Ashley Zubal
L. Ashley Zubal    AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
FAX (515)276-6280
ATTORNEY FOR PLAINTIFF

Sue Johnson
I.C. System, Inc.
444 Highway 96 East
St. Paul, MN 55127-2557
(586) 983-7684
FAX (586) 446-1832

**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 1 day of December, 2010, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.